IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-51046
(Summary Calendar)
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FELIPE ZARAGOZA; RICARDO BRIBIESCA,

Defendants-Appellants.

- - - - - - - - - -
Appeals from the United States District Court
for the Western District of Texas
(SA-95-CR-171-3-EP)
- - - - - - - - - -
November 1, 2000

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:*

Defendants-Appellants Felipe Zaragoza and Ricardo Bribiesca appeal from the sentences that they received on remand. Appellants argue that the district court erred in applying the money laundering guideline, U.S.S.G. § 2S1.1, rather than the fraud guideline, U.S.S.G. § 2F1.1, in determining their sentences for their money laundering convictions. This issue is barred by the "law of the case" doctrine. United States v. Becerra, 155 F.3d 740, 752 (5th Cir. 1998).

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Bribiesca argues that the district court erred in finding that he was not entitled to an adjustment for his minor role pursuant to U.S.S.G. § 3B1.2, erred in failing to make a sufficient fact-finding on the matter, and erred in the manner in which it ordered restitution in his case. These issues are beyond the scope of this court's remand order. United States v. Marmolejo, 139 F.3d 528, 530-31 (5th Cir.), cert. denied, 525 U.S. 1056 (1998).

The judgment of the district court is affirmed.

AFFIRMED.